1 | Linda M. Lawson (Bar No. 77130)
llawson@mmhllp.com
2 | Chris S. Milligan (Bar No. 211532)
cmilligan@mmhllp.com
3 | MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
4 | Los Angeles, California 90071-3185
Telephone:  (213) 620-0300
5 | Facsimile:  (213) 625-1930

6 | Attorneys for Defendant
THE PRUDENTIAL INSURANCE COMPANY
7 | OF AMERICA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| YVETTE E. JACQUET, | ) | Case No. C11-00452 JCS |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO EXTEND TIME FOR THE PRUDENTIAL INSURANCE COMPANY OF AMERICA TO RESPOND TO INITIAL COMPLAINT [L.R. 6-1]** |
| vs. | ) | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | ) | |
| Defendant. | ) | |
| | ) | Complaint served: 2/9/11 |
| | ) | Current Response Date:  3/2/11 |
| | ) | New Response Date:  4/1/11 |
| | ) | |
| | ) | Complaint Filed:  January 31, 2011 |

WHEREAS, Plaintiff YVETTE E. JACQUET ("Plaintiff") served upon defendant THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ("Prudential") the Complaint in this action on February 9, 2011;

WHEREAS, a responsive pleading to the Complaint must be filed and served on behalf of Prudential by March 2, 2011;

WHEREAS, for good cause and pursuant to Local Rule 6-1 of the United States District Court for the Northern District, the parties wish to extend the time within which a responsive pleading to the Complaint must be filed and served by Prudential by thirty (30) days to April 1, 2011;

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

116792.1

1

STIPULATION TO EXTEND TIME TO
RESPOND TO INITIAL COMPLAINT [LR 6-1]

1    IT IS HEREBY STIPULATED by and between Plaintiff and Prudential, by

2  and through their respective attorneys of record, that the time within which a

3  responsive pleading to Plaintiff's Complaint must be filed and served by Prudential

4  is extended by thirty (30) days to April 1, 2011.

5    IT IS SO STIPULATED.

6

7  Dated:  February 24, 2011          LAW OFFICES OF P. RANDALL NOAH
                                      P. Randall Noah
8

9                                     By:   /S/ P. Randall Noah
10                                          P. Randall Noah
                                            Attorneys for Plaintiff
11                                          YVETTE E. JACQUET

12

13

14
   Dated:  February 24, 2011          MESERVE, MUMPER & HUGHES LLP
15                                     Linda M. Lawson
                                       Chris S. Milligan
16

17                                     By:   /S/ Linda M. Lawson
18                                           Linda M. Lawson
                                             Attorneys for Defendant
19                                           THE PRUDENTIAL INSURANCE
                                             COMPANY OF AMERICA
20

21
   Dated: Feb. 28, 2011
22

23                          IT IS SO ORDERED
24
                            Judge Joseph C. Spero
25                  UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
26

27

28

LAW OFFICES
**MESERVE,**                          2                   STIPULATION TO EXTEND TIME TO
**MUMPER &**                                             RESPOND TO INITIAL COMPLAINT [LR 6-1]
**HUGHES LLP**
116792.1