UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVETTE E. JACQUET, <br><br> Plaintiff, <br><br> vs. <br><br> THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, <br><br> Defendant. | Case No. 4:11-CV-00452-PJH <br><br> **[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** <br><br> [F.R.C.P. 41] <br><br> Complaint Filed:    January 31, 2011 |

**[PROPOSED] ORDER**

Based upon the stipulation of the parties and for good cause shown,

**IT IS HEREBY ORDERED** that this action, Case No. 4:11-CV-00452-PJH is dismissed in its entirety as to all defendants, with prejudice.

**IT IS HEREBY FURTHER ORDERED** that each party shall bear its own attorneys' fees and costs in this matter.

DATED: __8/25/11_____        _____
                                  HON. PHYLLIS J. HAMILTON
                                  UNITED STATES DISTRICT COURT

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

119937.1

1    STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE